In the Matter of MICHAEL H. GRAE, an Attorney.— The participation of the respondent with one Klauber in permitting the Reynolds trust fund to be partly dissipated and his retention of a part of the trust fund as a fee require that he be censured. Accordingly, the respondent is hereby censured. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

In the Matter of ROBERT S. KING, an Attorney.— The Bar Association not opposing, the motion is granted, the petitioner reinstated, and his name ordered restored to the roll of attorneys. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of HENRY KLAUBER, an Attorney.— Respondent, in order to obtain a fee, gave improper advice to his client respecting the Reynolds trust fund. This act on his part requires a censure despite his good reputation and the fact that complete restitution was made at heavy loss to him. Accordingly, the respondent is hereby censured. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of J. H. W. KROGMANN, an Attorney:— Motion to confirm report of official referee granted and charges dismissed. Young, Kapper and Tompkins, JJ., concur; Scudder, J., dissents and votes to censure respondent; Carswell, J., not voting.

In the Matter of the Application of ALOIS KAIFLER for the Appointment of Temporary Administrator of the Estate of THERESE MAIER, Also Known as THERESA MAIER, Late of the County of Queens, Deceased.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

In the Matter of Proving the Last Will and Testament of MABELLE G. QUIRK, Deceased. ELIZABETH A. QUIRK, Appellant; AGNES A. QUIRK, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.